UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN KING,

        Plaintiff,                      Case No. 2:25-cv-11708

v.                                      Honorable Susan K. DeClercq
                                          United States District Judge

EQUIFAX INFORMATION
SERVICES, LLC,

        Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS
## (ECF No. 6)

In June 2025, Plaintiff Karen King sued Defendant Equifax Information Services. *See* ECF No. 1 at PageID.11–18. On September 8, 2025, Defendant filed a motion to dismiss King's complaint, ECF No. 6, under Civil Rule 12(b)(6).

On September 29, 2025, King filed an amended complaint. ECF No. 7. The Civil Rules authorize the filing of an amended complaint "21 days after service of a motion under Rule 12(b), (e), or (f)." FED. R. CIV. P. 15(a)(1)(B).

Thus, because Plaintiff filed an amended complaint, ECF No. 7, Defendant's motion to dismiss, ECF No. 6, will be denied as moot because it addresses Plaintiff's original complaint, which is no longer the operative complaint. If Defendant wishes to assert the same arguments in a motion to dismiss Plaintiff's *amended* complaint, it may do so in a new motion.

- 2 -

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 6, is **DENIED AS MOOT**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 8, 2025